# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

130857

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANGELA PUTNEY,
      Plaintiff-Appellee,

v

SC: 130857
COA: 265751
WCAC: 04-000176

GREAT LAKES ORTHOPEDIC, INC., and
HOMEOWNERS INSURANCE COMPANY
(AUTO-OWNERS),
      Defendants-Appellants,
and

BLUE CROSS/BLUE SHIELD OF MICHIGAN,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 23, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

t0619